**Bernard S. LEVI, Petitioner–Appellant,**

v.

**M.E. RAY, Warden, Respondent–Appellee.**

**No. 01–6878.**

United States Court of Appeals, Fourth Circuit.

Submitted June 26, 2002.

Decided July 12, 2002.

Bernard S. Levi, Appellant Pro Se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Bernard S. Levi appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and denying reconsideration of that order. We have reviewed the record and the district court's order accepting with modification the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Levi v. Ray*, No. CA–00–2318–2–24 (D.S.C. filed Apr. 25, 2001; entered Apr. 27, 2002 & filed Jan. 22, 2002; entered Jan. 24, 2002). We deny Levi's motion for a temporary restraining order and a preliminary injunction, and his motion for correction of the district court's

---

* We also deny Hemphill's motion to relieve his    attorney.

812

docket entry. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*